Fill in this information to identify the case:

Debtor name: **Boyce Hydro, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carol Clarkson; Dave Clarkson; Pleasant Beach Mobile Home Resort LLC; and Jennifer Rivard | Attn: Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S Wacker Dr., 24th Floor<br>Chicago, IL 60606<br>(312) 741-1019<br>beth@feganscott.com<br><br>Attn: Emily Peacock<br>Olsman Mueller Wallace & Mackenzie, P.C.<br>2684 West Eleven Mile Road<br>Berkley, MI 48072<br>(248) 591-2300<br>epeacock@olsmanlaw.com | Pending Litigation | Disputed | | | $0.00 |
| Robert Woods and Holly Johnson (class complaint) | Attn: Steven D. Liddle<br>Liddle & Dubin, P.C.<br>975 E. Jefferson Ave.<br>Detroit, MI 48207<br>(313) 392-0015<br>Sliddle@LDClassAction.com | Pending Litigation | Disputed | | | $0.00 |
| Byline Bank<br>P.O. Box 388439<br>Chicago, IL 60638-8439 | Attn: David A. Hall<br>Barnes & Thornburg LLP<br>171 Monroe Avenue N.W.<br>Suite 1000<br>Grand Rapids, MI 48503-2694<br>David.Hall@btlaw.com | USDA/SBA Loans | Disputed | $6,127,637.36 | $0.00 | $6,127,637.36 |
| Byline Bank<br>P.O. Box 388439<br>Chicago, IL 60638-8439 | Attn: David A. Hall<br>Barnes & Thornburg LLP<br>171 Monroe Avenue N.W.<br>Suite 1000<br>Grand Rapids, MI 48503-2694<br>David.Hall@btlaw.com | PPP Loan | | | | $98,989.46 |

| Debtor | Boyce Hydro, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
|        | Name             |                        |  |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clark Hill PLC**<br>151 S. Old Woodward, Ste 200<br>Birmingham, MI 48009 | **Attn: Doug Kelly**<br>(248) 642-9692 | **Professional** | | | | $68,980.23 |
| **Kimberly Borchard; Timothy Dana; and Holly Kovacs (class complaint)** | **Attn: Jason J. Thompson**<br>**Sommers Schwartz, P.C. One Towne Square, 17th Floor Southfield, MI 48076**<br>(248) 355-0300<br>jthompson@sommerspc.com | **Pending Litigation** | **Disputed** | | | $0.00 |
| **Elan Financial Services**<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | **Attn: Legal**<br>1255 Corporate Dr.<br>Irving, TX 75038 | **Credit Card** | | | | $9,000.00 |
| **Attorney General ex. rel the People of The State of Michigan; The Department of Enviornment, Great Lakes, and Energy; and the Department of Natural Resources** | **Attn: Nathan A. Gambill**<br>**Michigan Dep. of Attorney General**<br>**P.O. Box 30755**<br>**Lansing, MI 48909**<br>(517) 335-7664<br>GambillN@michigan.gov | **Pending Litigation** | **Disputed** | | | $0.00 |
| **DAVID HOMRICH, THOMAS LEGLEITER, TRACY CARRICK, CLIFF ALCANTARA, EDWARD T. LINCOLN, LISA AUSTIN dba A SECOND LOOK SALON, TESSI ORVIS, individually, and on behalf of all others similarly situated** | **Attn: Michael Hanna**<br>**Morgan & Morgan, P.A.**<br>**200 Town Center, Suite 1900**<br>**Southfield, MI 48075**<br>(313) 739-1950<br>mhanna@forthepeople.com<br><br>**Attn: Lisa Weinstein**<br>**Grant & Eisenhofer, P.A.**<br>**30 N. LaSalle Street, Suite 2350**<br>**Chicago, IL 60602**<br>(312) 214-0000<br>lwinstein@gelaw.com<br><br>**Attn: Robert K. Jenner**<br>**Jenner Law, P.C.**<br>**1829 Reisterstown Road, Suite 350**<br>**Baltimore, MD 21208**<br>(410) 382-0122<br>rjenner@jennerlawfirm.com | **Pending Litigation** | **Disputed** | | | $0.00 |

| Debtor | Boyce Hydro, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Four Lakes Task Force**<br>233 E. Larkin St. Suite 2<br>Midland, MI 48640 | **Attn: Joseph Colaianne**<br>**Clark Hill PLC**<br>**212 E. Cesar Chavez Ave**<br>**Lansing, MI 48906** | **Various** | **Disputed** | | | $37,203.79 |
| **Gerace Construction**<br>4055 S. Saginaw Road<br>Midland, MI 48640 | (989) 496-2440 | **Trade** | **Disputed** | | | $418,152.61 |
| **Gomez & Sullivan Engineers, DPC**<br>288 Genessee St.<br>Utica, NY 13502 | **Attn: Jerry Gomez**<br>**(315) 724-4860** | **Professional** | | | | $152,787.66 |
| **WHITNEY CABLE, TYLER SMITH, NICO ANTHONY SMITH, JOHN D SURFUS ENTERPRISE INC., and JOHN SURFUS RENTAL ACCOUNT** | **Attn: Jonathan Marko**<br>**Marko Law, PLLC**<br>**1300 Broadway Street, 5th Floor**<br>**Detroit, MI 48226**<br>**(313) 777-7529**<br>**jon@jmarkolaw.com**<br><br>**Attn: Matthew H. Morgan**<br>**Nichols Kaster, PLLP**<br>**4600 IDS Center**<br>**80 S. Eighth Street**<br>**Minneapolis, MN 55402**<br>**(612) 256-3200**<br>**morgan@nka.com** | **Pending Litigation** | **Disputed** | | | $0.00 |
| **IPFS Corporation**<br>PO Box 32144<br>New York, NY 10087-2144 | **Attn: CSC–Lawyers Incorporating Service**<br>**601 Abbot Road**<br>**East Lansing, MI 48823** | **Insurance** | | | | $25,665.00 |

| Debtor | Boyce Hydro, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GLORIA GROVER; RAUL VELASCO; MARY MAY; RICHARD WOLF; TINA REINIG; CARL SWARTHOUT; SHANE NICKERSON; MARK LICKTEIG; VIVIAN KIPFMILLER; PATRICK WATERMAN; BRIAN PARENT; LAWRENCE DUREK; KARIE DINGMAN; JOSEPH KRUEGER; CLEORIA FRENCH; TERRY VISNAW; LORI FEINAUER; JARED BRUNER; and MARQUETTA MAXWELL, individually and all others similarly situated | Attn: Michael J. Bonvolanta<br>Buckfire & Buckfire, P.C<br>29000 Inkster Road, Suite 150<br>Southfield, MI 48034<br>(248) 569-4646<br>michael@buckfirelaw.com<br><br>Attn: Robert J. Lantzy<br>Buckfire & Buckfire, P.C<br>29000 Inkster Road, Suite 150<br>Southfield, MI 48034<br>(248) 569-4646<br>robert@buckfirelaw.com | Pending Litigation | Disputed | | | $0.00 |
| John Colburn on behalf of himself and all others similarly situated | Attn: Joseph G. Sauder<br>Sauder Schelkopf LLC<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>(888) 711-9975<br>jgs@ssttriallawyers.com<br><br>Attn: Matthew D. Schelkopf<br>Sauder Schelkopf LLC<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>(888) 711-9975<br>mds@ssttriallawyers.com | Pending Litigation | Disputed | | | $0.00 |
| Pat's Gradall<br>PO Box 1603<br>Midland, MI 48641-1603 | Attn: Andy Acker<br>(989) 835-1022 | Trade | | | | $103,132.70 |

| Debtor | Boyce Hydro, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sarah L. Brooks, individually and on behalf of others similarly situated | Attn: Jason J. Thompson<br>Sommers Schwartz, P.C.<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 355-0300<br>jthompson@sommerspc.com<br><br>Attn: Edward A. Wallace<br>Wexler Wallace, LLP<br>55 W. Monroe St., Suite 3300<br>Chicago, IL 60603<br>(312) 346-2222<br>eaw@wexlerwallace.com<br><br>Attn: Kara A. Elgersma<br>Wexler Wallace, LLP<br>55 W. Monroe St., Suite 3300<br>Chicago, IL 60603<br>(312) 346-2222<br>kae@wexlerwallace.com | Pending Litigation | Disputed | | | $0.00 |
| State of Michigan (EGLE)<br>PO Box 30657<br>Lansing, MI 48909-8157 | Attn: Nathan A. Gambill<br>Michigan Dep. of Attorney General<br>P.O. Box 30755<br>Lansing, MI 48909-8157<br>GambillN@michigan.gov | Judgment | | | | $68,000.00 |
| Charles Kinzel, on behalf of himself and others similarly situated | Attn: Elizabeth C. Thomson<br>Hertz Schram PC<br>I760 S. Telegraph Rd., Ste. 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>lthomson@hertzschram.com<br><br>Attn: Patricia A. Stamler<br>Hertz Schram PC<br>I760 S. Telegraph Rd., Ste. 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>pstamler@hertzschram.com<br><br>Attn: Matthew J. Turchyn<br>Hertz Schram PC<br>I760 S. Telegraph Rd., Ste. 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>mturchyn@hertzschram.com | Pending Litigation | Disputed | | | $0.00 |