## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION – BAY CITY

In re:

BOYCE HYDRO, LLC, *et al.*

Debtors.[1]

_____/

Chapter 11
Case No. 20-21214
Hon. Daniel S. Opperman

## LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TERM OF THE BOYCE HYDRO LIQUIDATING TRUST

The Liquidating Trustee of the Boyce Hydro Liquidating Trust, Scott

A. Wolfson ("Liquidating Trustee"), through counsel, for his *Motion For*

*Entry of an Order Extending the Term of the Boyce Hydro Liquidating Trust*

("Motion"), states:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334.

2.      This is a core proceeding under 28 U.S.C. § 157(b).

3.      Venue is proper in this district under 28 U.S.C. §§ 1408 and

1409.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

# BACKGROUND

## A. Case Background

4.     Debtors commenced voluntary cases under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on July 31, 2020.

5.     On February 23, 2021, Debtors filed their *Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation* ("Plan").  [ECF No. 481].

6.     On February 25, 2021, the Bankruptcy Court entered the *Non-Consensual Order Confirming Debtors' Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation* ("Order Confirming Plan")*.*  [ECF No. 489].

7.     The Order Confirming Plan approved the establishment of the Boyce Hydro Liquidating Trust ("Liquidating Trust") and Scott A. Wolfson's appointment as the Liquidating Trustee of the Liquidating Trust as of the Effective Date.

8.     The Boyce Hydro Liquidating Trust Agreement [ECF No. 492-2] ("Liquidating Trust Agreement"), along with the Plan, governs the Liquidating Trust.  [Plan Article VII.G].

9.     The Effective Date of the Plan occurred on March 3, 2021. [ECF No. 493].

10.    The initial term of the Liquidating Trust is three years from the Effective Date of the Plan, expiring on March 3, 2024. [ECF No. 492-2].

11.     Section 8.2 of the Liquidating Trust Agreement states:

> If, after three (3) years from the Effective Date of the Plan, the dissolution and termination of the Liquidating Trust has not occurred pursuant to Section 8.1, and the Liquidating Trustee determines that the facts and circumstances necessitate an extension of the duration of the Liquidating Trust in order to effectuate its purpose, the Liquidating Trust may be extended for a period of twelve (12) months. The Liquidating Trustee may, upon the expiration of the extended term, seek additional extensions of twelve (12) months if warranted by the facts and circumstances. Any extension of the duration of the Liquidating Trust, as provided for herein, shall be subject to approval by the Bankruptcy Court. The Liquidating Trustee shall seek approval of any such extension within six months after the expiration of the initial three (3) year term or any extension thereof.

(Liquidating Trust Agreement, § 8.2).

12.     As set forth below, the Liquidating Trustee believes that extending the term of the Liquidating Trust is necessary to effectuate the purposes of the Liquidating Trust.

## **RELIEF REQUESTED**

13.     The Liquidating Trustee seeks entry of an order, substantially in the form of attached Exhibit 1, extending the term of the Liquidating Trust

3

4891-2261-0332, v. 4

for a period of twelve months.

## BASIS FOR RELIEF

14.     Since the Effective Date, the Liquidating Trustee has, and continues to, fulfill his duties as Liquidating Trustee under the Plan and Liquidating Trust Agreement.

15.     Among other things, the Liquidating Trustee has liquidated and collected all known assets of the Liquidating Trust; resolved pending litigation; reviewed and reconciled the claims registry including objecting to claims as necessary; filed tax and regulatory forms, returns, reports; and otherwise taken all actions reasonably necessary to implement the Plan.

16.     The Liquidating Trustee believes that an extension is necessary for the Liquidating Trustee to facilitate and complete the claims reconciliation process, make distributions to creditors, and generate and file the necessary tax returns, reports, or other necessary financial statements for the Liquidating Trust. These processes must be completed for the Liquidating Trustee to fulfill his responsibilities under the Liquidating Trust Agreement and effectuate the Plan.

17.     The facts and circumstances necessitate an extension of the Liquidating Trust for twelve months, through and including March 3, 2025.

The Liquidating Trustee reasonably anticipates that Liquidating Trust activities will be wound down and concluded before this date.

18.     Pursuant to Section 9.7 of the Liquidating Trust Agreement, this Court has exclusive jurisdiction to implement and enforce the terms of the Liquidating Trust Agreement. [ECF No. 492-2].

WHEREFORE, the Liquidating Trustee respectfully requests that the Court enter an order in the form attached as Exhibit 1 and grant such additional relief as the Court may deem just and equitable.

Respectfully submitted,

WOLFSON BOLTON KOCHIS PLLC
*Counsel for the Liquidating Trustee*

Dated:  January 25, 2024          By:___/s/ Anthony J. Kochis_____
                                       Anthony J. Kochis (P72020)
                                  3150 Livernois, Suite 275
                                  Troy, MI  48083
                                  Telephone: (248) 247-7105
                                  Facsimile: (248) 247-7099
                                  Email: akochis@wolfsonbolton.com

## <u>EXHIBIT INDEX</u>

| EXHIBIT 1 | Proposed Order |
|---|---|
| EXHIBIT 2 | Notice of Motion and Opportunity to Respond |
| EXHIBIT 3 | n/a |
| EXHIBIT 4 | Certificate of Service |
| EXHIBIT 5 | n/a |

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

In re:

BOYCE HYDRO, LLC, *et al.*                    Chapter 11
                                             Case No. 20-21214

        Debtors.[1]                          Hon. Daniel S. Opperman

_____/

**ORDER GRANTING LIQUIDATING TRUSTEE'S**
**MOTION TO EXTEND THE TERM OF THE**
**BOYCE HYDRO LIQUIDATING TRUST**

This matter having come before the Court upon the Liquidating

Trustee's *Motion for Entry of an Order Extending the Term of the Boyce*

*Hydro Liquidating Trust* ("Motion");[2] the Court having reviewed the Motion;

the Court having found that: (a) jurisdiction to consider the Motion is proper

under 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; (c) notice of the Motion was

properly provided; (d) good cause exists to grant the relief requested in the

Motion; (e) the relief requested in the Motion is in the best interests of the

Debtors, the Debtors' estates, and creditors of the Debtors' estates; and (f)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2] Capitalized terms used but not defined in this Order have the meanings given to them in the Motion.

all objections, if any, to the Motion having been withdrawn, waived, settled, or overruled;

**IT IS HEREBY ORDERED** that:

1.    The Motion is granted.

2.    The term of the Boyce Hydro Liquidating Trust is extended by twelve months, through and including March 3, 2025.

3.    The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order and in accordance with the Motion.

4.    This Court retains jurisdiction over all disputes arising under or otherwise relating to the construction, performance, and enforcement of the terms of this Order.

EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION – BAY CITY

In re:

BOYCE HYDRO, LLC, *et al.*                         Chapter 11
                                                   Case No. 20-21214
          Debtors.[1]                              Hon. Daniel S. Opperman

_____/

## NOTICE OF LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TERM OF THE BOYCE HYDRO LIQUIDATING TRUST AND OPPORTUNITY TO RESPOND

The Liquidating Trustee, Scott A. Wolfson, through counsel, has filed papers with the Court seeking to extend the term of the Liquidating Trust for a period of twelve months.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one.)**

If you do not want the court to grant the relief requested in the Motion, or if you want the court to consider your views on the Motion, within **14 days**, you or your attorney must:

> 1.  File with the court a written response of answer[2], explaining your position at:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2] Any response or answer must comply with F. C. Civ. P. 8(b), (c), and (e).

1

U.S. Bankruptcy Court
Eastern District of Michigan
111 First Street
Bay City, Michigan 48708

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Wolfson Bolton Kochis PLLC
Attn: Anthony J. Kochis
3150 Livernois, Suite 275
Troy, MI 48083

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion or objection and may enter an order granting that relief.**

Respectfully submitted,
WOLFSON BOLTON KOCHIS PLLC
*Counsel for the Liquidating Trustee*

Dated: January 25, 2024     By: __/s/ Anthony J. Kochis_____
                                              Anthony J. Kochis (P72020)
                                              Kelsey A. Postema (P85428)
                                      3150 Livernois, Suite 275
                                      Troy, MI 48083
                                      Telephone: (248) 247-7105
                                      Facsimile: (248) 247-7099
                                      Email: akochis@wolfsonbolton.com

2

EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

In re:

BOYCE HYDRO, LLC, *et al*.                    Chapter 11
                                              Case No. 20-21214

    Debtors.[1]                              Hon. Daniel S. Opperman

_____/

## CERTIFICATE OF SERVICE

    I certify that, on January 25, 2024, I caused the *Liquidating*

*Trustee's Motion For Entry of an Order Extending the Term of the Boyce*

*Hydro Liquidating Trust* to be electronically filed with the Clerk of the

Court using the ECF system, which sent notification of such filing to all

ECF participants requesting electronic service, including the following:

Danielle Allison-Yokom on behalf of Creditor Michigan Department of
Environment, Great Lakes, and Energy
allisonyokomd@michigan.gov,
WierengaJ1@michigan.gov;GibsonJ16@michigan.gov

Danielle Allison-Yokom on behalf of Creditor Michigan Department of
Natural Resources
allisonyokomd@michigan.gov,
WierengaJ1@michigan.gov;GibsonJ16@michigan.gov

Sharon S. Almonrode on behalf of Creditor Sanford Hardware 1, LLC
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

Sharon S. Almonrode on behalf of Creditor Amanda Murphy
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Andrew VanNortwick
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Brandi Bills
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Casey Copley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Cassandra Colley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Charles Colley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Craig Richardson
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor David Sweet, Jr.
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor James Murphy
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Josie Weckesser
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Kathy Little
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Kevin Colvin
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Linda Copley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Matthew S. Smith
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Michael Mercer
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Nicholas Saum
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Nicole Saum
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Wayne Hall
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Rebekah L. Bailey on behalf of Creditor Cable Class Plaintiffs
bailey@nka.com

Rebekah L. Bailey on behalf of Creditor Janel Whitmore
bailey@nka.com

Rebekah L. Bailey on behalf of Creditor Nathan Whitmore
bailey@nka.com

Jason W. Bank on behalf of Defendant U.S. Bank National Association
jbank@kerr-russell.com, nnajor@kerr-russell.com

Michael E. Baum on behalf of Creditor Holly Johnson
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Holly Kovacs
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Kimberly Borchard
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Robert Woods
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Timothy D. Dana

mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Kimberly Bedigian on behalf of Creditor Sanford Hardware 1, LLC
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor The Mass Coalition
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Cassandra Colley
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Charles Colley
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Matthew S. Smith
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Michael Mercer
kbedigian@sbplclaw.com

Jayson E. Blake on behalf of Creditor Alicia Mrdutt
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Dana Ralko
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor David Phillips
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor James Mrdutt
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Joe Bruneau
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Mary Randall
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Osro Randall
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Patty Ralko
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Ian S. Bolton on behalf of Creditor Karl Kacel
ianboltonlaw@gmail.com, barbie51766@gmail.com

Howard M. Borin on behalf of Creditor Holly Johnson
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Holly Kovacs
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Kimberly Borchard
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Robert Woods
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Timothy D. Dana
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Charles D. Bullock on behalf of Creditor Sanford Hardware 1, LLC
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor The Mass Coalition
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Adam Riggie
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Adrian Wise
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Amy Kaylor
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Cassandra Colley
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Charles Colley
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Jeffrey Kaylor
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Jillian Wise
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Matthew S. Smith
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock on behalf of Creditor Michael Mercer
cbullock@sbplclaw.com, lhaas@sbplclaw.com

Jacob Carlton on behalf of Creditor Mike and Lisa McGaugh
carltonj@millerjohnson.com,
9688700420@filings.docketbird.com;ecfpigginsj@millerjohnson.com

Philip T. Carroll on behalf of Creditor Allianz Global Corporate & Specialty
SE
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor American Bankers Insurance
Company of Florida
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor American Security Insurance
Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor American Strategic Insurance
Corporation
pcarroll@cozen.com,

jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Frankenmuth Mutual Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Great American Insurance Company of New York
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Hiscox Syndicates Limited
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Liberty Mutual Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Progressive Marathon Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Progressive Michigan Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Safeco Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-

5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor State Farm Mutual Automobile
Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Westport Insurance Corporation
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Kimberly Ross Clayson on behalf of Defendant The Kogan Law Group,
P.C.
kclayson@taftlaw.com,
ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Elliot G. Crowder on behalf of Creditor Sanford Hardware 1, LLC
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor The Mass Coalition
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Adam Riggie
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Adrian Wise
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Amanda Murphy
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Amy Kaylor
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Andrew VanNortwick
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Brandi Bills

8

ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Casey Copley
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Cassandra Colley
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Charles Colley
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Craig Richardson
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor David Sweet, Jr.
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor James Murphy
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Jeffrey Kaylor
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Jillian Wise
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Josie Weckesser
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Kathy Little
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Kevin Colvin
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Linda Copley
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Matthew S. Smith
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Michael Mercer
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Nicholas Saum
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Nicole Saum
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Wayne Hall
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

David Dubin on behalf of Creditor Debra Kroening
ddubin@ldclassaction.com

Nathan A. Gambill on behalf of Creditor Michigan Department of
Environment, Great Lakes, and Energy
GambillN@michigan.gov,
WierengaJ1@michigan.gov;Gibson16@michigan.gov

Nathan A. Gambill on behalf of Creditor Michigan Department of Natural
Resources
GambillN@michigan.gov,
WierengaJ1@michigan.gov;Gibson16@michigan.gov

Celeste R. Gill on behalf of Creditor Michigan Department of
Environment, Great Lakes, and Energy
gillc1@michigan.gov, WierengaJ1@michigan.gov

Celeste R. Gill on behalf of Creditor Michigan Department of Natural
Resources
gillc1@michigan.gov, WierengaJ1@michigan.gov

Rozanne M. Giunta on behalf of Creditor Four Lakes Task Force
rgiunta@wnj.com,
scardinal@wnj.com;GiuntaRR81911@notify.bestcase.com

Logan Grizzell on behalf of Liquidating Trustee Scott A. Wolfson
lgrizzell@wolfsonbolton.com

10

Paul R. Hage on behalf of Defendant The Kogan Law Group, P.C.
phage@taftlaw.com,
ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Robert J. Hahn on behalf of Creditor Gladwin County
rhahn@cmda-law.com, kueberroth@cmda-law.com;bmccarty@cmda-law.com

Robert J. Hahn on behalf of Creditor Midland County
rhahn@cmda-law.com, kueberroth@cmda-law.com;bmccarty@cmda-law.com

Ernest Hassan on behalf of Creditor Sanford Hardware 1, LLC
ehassan@sbplclaw.com, lhaas@sbplclaw.com

Ernest Hassan on behalf of Creditor Cassandra Colley
ehassan@sbplclaw.com, lhaas@sbplclaw.com

Ernest Hassan on behalf of Creditor Charles Colley
ehassan@sbplclaw.com, lhaas@sbplclaw.com

Ernest Hassan on behalf of Creditor Matthew S. Smith
ehassan@sbplclaw.com, lhaas@sbplclaw.com

Ernest Hassan on behalf of Creditor Michael Mercer
ehassan@sbplclaw.com, lhaas@sbplclaw.com

Ronna G. Jackson on behalf of U.S. Trustee Andrew R. Vara
Ronna.G.Jackson@usdoj.gov

Henry L. Knier, Jr. on behalf of Creditor Gerace Construction Company
bankruptcy@smpklaw.com, hknier@smpklaw.com

Anthony J. Kochis on behalf of Accountant Thomas A. Risi
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Liquidating Trustee Scott A. Wolfson
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Other Professional Stretto
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Plaintiff Scott A. Wolfson
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Special Counsel H. Adam Cohen
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Lawrence A Kogan on behalf of Creditor Lee Mueller
lkogan@koganlawgroup.com

Lawrence A Kogan on behalf of Creditor Michele Mueller
lkogan@koganlawgroup.com

Scott Kwiatkowski on behalf of Creditor Homrich Edenville Dam Class
Plaintiffs
scott@bk-lawyer.net

Jonathan E. Lauderbach on behalf of Creditor Four Lakes Task Force
jlauderbach@wnj.com

Jonathan E. Lauderbach on behalf of Creditor Gerace Construction
Company
jlauderbach@wnj.com

Michael D. Lieberman on behalf of Creditor Adam Riggie
MLieberman@lipsonneilson.com,
LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman on behalf of Creditor Adrian Wise
MLieberman@lipsonneilson.com,
LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman on behalf of Creditor Amy Kaylor
MLieberman@lipsonneilson.com,
LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman on behalf of Creditor Jeffrey Kaylor
MLieberman@lipsonneilson.com,

LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman on behalf of Creditor Jillian Wise
MLieberman@lipsonneilson.com,
LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Leon N. Mayer on behalf of Creditor Holly Johnson
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Holly Kovacs
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Kimberly Borchard
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Robert Woods
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Timothy D. Dana
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Mark L. McAlpine on behalf of Creditor Alicia Mrdutt
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Dana Ralko
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor David Phillips
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor James Mrdutt
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Joe Bruneau
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Mary Randall
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Osro Randall

mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Patty Ralko
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Matthew E. McClintock on behalf of Debtor In Possession Boyce Hydro Power, LLC
MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com

Matthew E. McClintock on behalf of Debtor In Possession Boyce Hydro, LLC
MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com

Matthew E. McClintock on behalf of Interested Party Boyce Hydro Power, LLC
MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com

Ralph E. McDowell on behalf of Creditor Brad Phillion
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Daryl Zelenak
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Gorgia Masouridis Moore
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Heidi Kidd
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor James Beath
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor James Paquette
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Michelle Hill
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Mike Callan
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Regan Wieland
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Suzette Gay Zelenak
rmcdowell@bodmanlaw.com

Daniel R Merkle on behalf of Creditor Stephen Hultberg
danm@msfseattle.com

Daniel R Merkle on behalf of Defendant Helen's Holdings, LLC
danm@msfseattle.com

Matthew Hale Morgan on behalf of Creditor Cable Class Plaintiffs
morgan@nka.com

Bruce N. Moss on behalf of Creditor Affiliated FM Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Altman Management, LLC
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor American Guarantee and Liability
Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Axis Surplus
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
DNAPF006484-00-Tri-City
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-

MIFL00631003-Michels
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP303385-2020-Reaume
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP407517-2019-Harris
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP427616-2019-Gehrchke
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP576330-2019-Sprague
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP616384-Thomas
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP648136-2019-Chad
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP660734-2019-Huver
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP750302-Kabat
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP807996-2020-Michael
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-

16

NCIP823658-Lynch
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NCIP844682-2020-Neiman
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-NIP878669-Parsons
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-VPC-CN0000010-05-Altman
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Citizens Insurance Company of America
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Citizens Insurance Company of Midwest
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Conifer Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Dairyland Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Essentia Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Factory Mutual Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Farm Bureau General Insurance Company of Michigan
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Florists Mutual Insurance Company

17

Hortica
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Hastings Mutual Insurance Co.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Houston Casualty Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Independent Specialty Insurance
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Indian Harbor Insurance Co.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Indiana Harbor Insurance Co.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Interstate Fire & Casualty Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Lexington Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor MEEMIC Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor National Fire & Marine Insurance
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Pioneer Mutual Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Princeton Excess and Surplus Lines
Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Telephone & Data Systems, Inc.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Trisura Specialty Insurance
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor United Specialty Insurance
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Zurich American Insurance
Company
bmoss@dt-law.com

Barbara A. Patek on behalf of Creditor Adam Riggie
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Adrian Wise
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Amy Kaylor
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Jeffrey Kaylor
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Jillian Wise
pateklaw@gmail.com

John T. Piggins on behalf of Creditor Mike and Lisa McGaugh
ecfpigginsj@millerjohnson.com,
pigginsj@millerjohnson.com;8473902420@filings.docketbird.com

Kelsey A. Postema on behalf of Liquidating Trustee Scott A. Wolfson
kpostema@wolfsonbolton.com

David L. Powers on behalf of Creditor Gerace Construction Company
dpowers@smpklaw.com, arex@smpklaw.com;shougaard@smpklaw.com

David Lawrence Puskar on behalf of Creditor City of Midland
davpus@braunkendrick.com,

brirei@braunkendrick.com;kelspe@braunkendrick.com

David Lawrence Puskar on behalf of Creditor Pat's Gradall Service, Inc.
davpus@braunkendrick.com,
brirei@braunkendrick.com;kelspe@braunkendrick.com

James B. Rasor on behalf of Creditor Brooke and Jeffrey Kriebel
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Christopher, Terry Miller
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Don and Teresa Turskey
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Duane and Brenda Whitman
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Eric Turnquist
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor James Rogers
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Jason and Tina Parsons
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Joseph and Becky Uhelski
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Kathleen and Mark Chorbagian
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Rex and Nancy Clark
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

Jeffery Jon Sattler on behalf of Creditor Holly Johnson
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Holly Kovacs

20

jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Kimberly Borchard
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Robert Woods
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Timothy D. Dana
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Craig S. Schoenherr, Sr. on behalf of Creditor Ally Bank
ecf@orlaw.com

Mark H. Shapiro on behalf of Trustee Mark H. Shapiro
shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Lisa D. Starks on behalf of Creditor Byline Bank
lisa.starks@btlaw.com, Orlanda.Hauff@btlaw.com

Andrew C. Thompson on behalf of Creditor Billings Township
athompson@pdkg.com, hgraham@pdkg.com

David A. Tilem on behalf of Creditor Lee Mueller
DavidTilem@TilemLaw.com, staff@tilemlaw.com

David A. Tilem on behalf of Creditor Michele Mueller
DavidTilem@TilemLaw.com, staff@tilemlaw.com

Edward M Turfe on behalf of Creditor Allstate Fire and Casualty
Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Indemnity Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate New Jersey Insurance

21

Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate New Jersey Property and
Casualty Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Northbrook Indemnity
Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Property and Casualty
Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Texas Lloyds
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Vehicle and Property
Insurance Company
edturfe@turfelaw.com

Scott A. Wolfson on behalf of Liquidating Trustee Scott A. Wolfson
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Respectfully submitted,

WOLFSON BOLTON KOCHIS PLLC

Dated: January 25, 2024        By:__/s/ Anthony J. Kochis_____
                                  Anthony J. Kochis (P72020)
                                  Kelsey A. Postema (P85428)
                               3150 Livernois, Suite 275
                               Troy, MI  48083
                               Telephone: (248) 247-7105
                               Facsimile: (248) 247-7099
                               E-Mail: akochis@wolfsonbolton.com

22