Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
111 First Street
Bay City, MI 48708

Case No.: 20−21214−dob
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Boyce Hydro, LLC
   10120 West Flamingo Road, Ste 4 #192
   Las Vegas, NV 89147

Social Security No.:

Employer's Tax I.D. No.:
   26−0416694

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*1040* − Notice of Appearance and Request for Notice for List of Creditors identified in PDF Filed by Attorney Keneth A. Stern. (Stern, Kenneth)

The proof of service is non−compliant with ECF Procedure 12(h) which states: Certificate of Service Required. A party serving a Paper must file a certificate of service. The certificate must state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it must be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☒ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 2/9/24

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

| | |
|---|---|
| In re: | Case No. 20-21214-dob |
| Boyce Hydro, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0645-1     User: admin     Page 1 of 10
Date Rcvd: Feb 09, 2024     Form ID: def2     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Keneth A. Stern, Stern Law, PLLC, 4180 W. Eleven Mile Road, Suite 121, Novi, MI 48375-1857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew C. Thompson | on behalf of Creditor Billings Township athompson@pdkg.com hgraham@pdkg.com |
| Anthony J. Kochis | on behalf of Other Professional Stretto akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Anthony J. Kochis | on behalf of Liquidating Trustee Scott A. Wolfson akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Anthony J. Kochis | on behalf of Plaintiff Scott A. Wolfson akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Anthony J. Kochis | on behalf of Special Counsel H. Adam Cohen akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Anthony J. Kochis | on behalf of Accountant Thomas A. Risi akochis@wolfsonbolton.com stravis@wolfsonbolton.com |
| Barbara A. Patek | |

Barbara A. Patek

on behalf of Creditor Jeffrey Kaylor pateklaw@gmail.com

Barbara A. Patek

on behalf of Creditor Adam Riggie pateklaw@gmail.com

Barbara A. Patek

on behalf of Creditor Amy Kaylor pateklaw@gmail.com

Barbara A. Patek

on behalf of Creditor Adrian Wise pateklaw@gmail.com

Barbara A. Patek

on behalf of Creditor Jillian Wise pateklaw@gmail.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP807996-2020-Michael bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP576330-2019-Sprague bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Hastings Mutual Insurance Co. bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Axis Surplus bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP750302-Kabat bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Citizens Insurance Company of Midwest bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP660734-2019-Huver bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-MIFL00631003-Michels bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NIP878669-Parsons bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Zurich American Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Indian Harbor Insurance Co. bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Telephone & Data Systems  Inc. bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor National Fire & Marine Insurance bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Citizens Insurance Company of America bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Conifer Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Independent Specialty Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Affiliated FM Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Dairyland Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Pioneer Mutual Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Altman Management  LLC bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP616384-Thomas bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP427616-2019-Gehrchke bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-DNAPF006484-00-Tri-City bmoss@dt-law.com

| | |
|---|---|
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP407517-2019-Harris bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Interstate Fire & Casualty Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Houston Casualty Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor United Specialty Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-VPC-CN0000010-05-Altman bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Florists Mutual Insurance Company Hortica bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Indiana Harbor Insurance Co. bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Lexington Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP823658-Lynch bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Princeton Excess and Surplus Lines Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Essentia Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Trisura Specialty Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor American Guarantee and Liability Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor MEEMIC Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Factory Mutual Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP844682-2020-Neiman bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP648136-2019-Chad bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Farm Bureau General Insurance Company of Michigan bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP303385-2020-Reaume bmoss@dt-law.com |
| Celeste R. Gill | on behalf of Creditor Michigan Department of Environment Great Lakes, and Energy gillc1@michigan.gov, WierengaJ1@michigan.gov |
| Celeste R. Gill | on behalf of Creditor Michigan Department of Natural Resources gillc1@michigan.gov WierengaJ1@michigan.gov |
| Charles D. Bullock | on behalf of Creditor Adam Riggie cbullock@sbplclaw.com lhaas@sbplclaw.com |
| Charles D. Bullock | on behalf of Creditor Charles Colley cbullock@sbplclaw.com lhaas@sbplclaw.com |
| Charles D. Bullock | on behalf of Creditor Amy Kaylor cbullock@sbplclaw.com lhaas@sbplclaw.com |
| Charles D. Bullock | on behalf of Creditor Adrian Wise cbullock@sbplclaw.com lhaas@sbplclaw.com |
| Charles D. Bullock | on behalf of Creditor Jeffrey Kaylor cbullock@sbplclaw.com lhaas@sbplclaw.com |
| Charles D. Bullock | |

| | |
|---|---|
| | on behalf of Creditor The Mass Coalition cbullock@sbplclaw.com  lhaas@sbplclaw.com |
| Charles D. Bullock | |
| | on behalf of Creditor Sanford Hardware 1  LLC cbullock@sbplclaw.com, lhaas@sbplclaw.com |
| Charles D. Bullock | |
| | on behalf of Creditor Michael Mercer cbullock@sbplclaw.com  lhaas@sbplclaw.com |
| Charles D. Bullock | |
| | on behalf of Creditor Jillian Wise cbullock@sbplclaw.com  lhaas@sbplclaw.com |
| Charles D. Bullock | |
| | on behalf of Creditor Cassandra Colley cbullock@sbplclaw.com  lhaas@sbplclaw.com |
| Charles D. Bullock | |
| | on behalf of Creditor Matthew S. Smith cbullock@sbplclaw.com  lhaas@sbplclaw.com |
| Craig S. Schoenherr, Sr. | |
| | on behalf of Creditor Ally Bank ecf@orlaw.com |
| Daniel R Merkle | |
| | on behalf of Defendant Helen's Holdings  LLC danm@msfseattle.com |
| Daniel R Merkle | |
| | on behalf of Creditor Stephen Hultberg danm@msfseattle.com |
| Danielle Allison-Yokom | |
| | on behalf of Creditor Michigan Department of Environment  Great Lakes, and Energy allisonyokomd@michigan.gov, WierengaJ1@michigan.gov;GibsonJ16@michigan.gov |
| Danielle Allison-Yokom | |
| | on behalf of Creditor Michigan Department of Natural Resources allisonyokomd@michigan.gov WierengaJ1@michigan.gov;GibsonJ16@michigan.gov |
| David Dubin | |
| | on behalf of Creditor Debra Kroening ddubin@ldclassaction.com |
| David A. Tilem | |
| | on behalf of Creditor Lee Mueller DavidTilem@TilemLaw.com  staff@tilemlaw.com |
| David A. Tilem | |
| | on behalf of Creditor Michele Mueller DavidTilem@TilemLaw.com  staff@tilemlaw.com |
| David L. Powers | |
| | on behalf of Creditor Gerace Construction Company dpowers@smpklaw.com  arex@smpklaw.com;shougaard@smpklaw.com |
| David Lawrence Puskar | |
| | on behalf of Creditor City of Midland davpus@braunkendrick.com  brirei@braunkendrick.com;kelspe@braunkendrick.com |
| David Lawrence Puskar | |
| | on behalf of Creditor Pat's Gradall Service  Inc. davpus@braunkendrick.com, brirei@braunkendrick.com;kelspe@braunkendrick.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate New Jersey Insurance Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Property and Casualty Insurance Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Fire and Casualty Insurance Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Texas Lloyds edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Insurance Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Indemnity Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Northbrook Indemnity Company edturfe@turfelaw.com |
| Edward M Turfe | |
| | on behalf of Creditor Allstate Vehicle and Property Insurance Company edturfe@turfelaw.com |
| Elliot G. Crowder | |
| | on behalf of Creditor Amy Kaylor ecrowder@sbplclaw.com  lhaas@sbplclaw.com |

Elliot G. Crowder
    on behalf of Creditor Nicholas Saum ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Michael Mercer ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Cassandra Colley ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Josie Weckesser ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Nicole Saum ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor The Mass Coalition ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Brandi Bills ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Jeffrey Kaylor ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor James Murphy ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Jillian Wise ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Sanford Hardware 1 LLC ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Matthew S. Smith ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Charles Colley ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Linda Copley ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Amanda Murphy ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Kevin Colvin ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Craig Richardson ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Andrew VanNortwick ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor David Sweet Jr. ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Casey Copley ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Wayne Hall ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Adrian Wise ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Creditor Adam Riggie ecrowder@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Creditor Cassandra Colley ehassan@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Creditor Michael Mercer ehassan@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Creditor Charles Colley ehassan@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Creditor Matthew S. Smith ehassan@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Creditor Sanford Hardware 1 LLC ehassan@sbplclaw.com, lhaas@sbplclaw.com

Henry L. Knier, Jr.
    on behalf of Creditor Gerace Construction Company bankruptcy@smpklaw.com hknier@smpklaw.com

Howard M. Borin
    on behalf of Creditor Timothy D. Dana hborin@schaferandweiner.com jburns@schaferandweiner.com

Howard M. Borin
    on behalf of Creditor Kimberly Borchard hborin@schaferandweiner.com jburns@schaferandweiner.com

Howard M. Borin
    on behalf of Creditor Holly Kovacs hborin@schaferandweiner.com jburns@schaferandweiner.com

Howard M. Borin
    on behalf of Creditor Robert Woods hborin@schaferandweiner.com jburns@schaferandweiner.com

Howard M. Borin
    on behalf of Creditor Holly Johnson hborin@schaferandweiner.com jburns@schaferandweiner.com

Ian S. Bolton
    on behalf of Creditor Karl Kacel ianboltonlaw@gmail.com barbie51766@gmail.com

Jacob Carlton
    on behalf of Creditor Mike and Lisa McGaugh carltonj@millerjohnson.com 9688700420@filings.docketbird.com;ecfpigginsj@millerjohnson.com

James B. Rasor
    on behalf of Creditor Eric Turnquist jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Christopher  Terry Miller jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor James Rogers jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Don and Teresa Turskey jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Jason and Tina Parsons jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Rex and Nancy Clark jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Kathleen and Mark Chorbagian jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Duane and Brenda Whitman jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Joseph and Becky Uhelski jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor
    on behalf of Creditor Brooke and Jeffrey Kriebel jbr@rasorlawfirm.com ljh@rasorlawfirm.com;emn@rasorlawfirm.com

Jason W. Bank
    on behalf of Defendant U.S. Bank National Association jbank@kerr-russell.com nnajor@kerr-russell.com

Jayson E. Blake
    on behalf of Creditor David Phillips jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor Osro Randall jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor Patty Ralko jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor Alicia Mrdutt jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor James Mrdutt jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor Dana Ralko jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor Joe Bruneau jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jayson E. Blake
    on behalf of Creditor Mary Randall jeblake@mcalpinepc.com mlmcalpine@mcalpinepc.com

Jeffery Jon Sattler

| | |
|---|---|
| | on behalf of Creditor Holly Johnson jsattler@schaferandweiner.com lfernandez@schaferandweiner.com |
| Jeffery Jon Sattler | |
| | on behalf of Creditor Timothy D. Dana jsattler@schaferandweiner.com lfernandez@schaferandweiner.com |
| Jeffery Jon Sattler | |
| | on behalf of Creditor Kimberly Borchard jsattler@schaferandweiner.com lfernandez@schaferandweiner.com |
| Jeffery Jon Sattler | |
| | on behalf of Creditor Robert Woods jsattler@schaferandweiner.com lfernandez@schaferandweiner.com |
| Jeffery Jon Sattler | |
| | on behalf of Creditor Holly Kovacs jsattler@schaferandweiner.com lfernandez@schaferandweiner.com |
| John T. Piggins | |
| | on behalf of Creditor Mike and Lisa McGaugh ecfpigginsj@millerjohnson.com pigginsj@millerjohnson.com;8473902420@filings.docketbird.com |
| Jonathan E. Lauderbach | |
| | on behalf of Creditor Gerace Construction Company jlauderbach@wnj.com |
| Jonathan E. Lauderbach | |
| | on behalf of Creditor Four Lakes Task Force jlauderbach@wnj.com |
| Kelsey A. Postema | |
| | on behalf of Liquidating Trustee Scott A. Wolfson kpostema@wolfsonbolton.com |
| Kenneth A. Stern | |
| | on behalf of Attorney Keneth A. Stern ken@sternlawonline.com |
| Kimberly Bedigian | |
| | on behalf of Creditor Charles Colley kbedigian@sbplclaw.com |
| Kimberly Bedigian | |
| | on behalf of Creditor Cassandra Colley kbedigian@sbplclaw.com |
| Kimberly Bedigian | |
| | on behalf of Creditor Michael Mercer kbedigian@sbplclaw.com |
| Kimberly Bedigian | |
| | on behalf of Creditor The Mass Coalition kbedigian@sbplclaw.com |
| Kimberly Bedigian | |
| | on behalf of Creditor Sanford Hardware 1 LLC kbedigian@sbplclaw.com |
| Kimberly Bedigian | |
| | on behalf of Creditor Matthew S. Smith kbedigian@sbplclaw.com |
| Kimberly Ross Clayson | |
| | on behalf of Defendant The Kogan Law Group P.C. kclayson@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com |
| Lawrence A Kogan | |
| | on behalf of Creditor Lee Mueller lkogan@koganlawgroup.com |
| Lawrence A Kogan | |
| | on behalf of Creditor Michele Mueller lkogan@koganlawgroup.com |
| Leon N. Mayer | |
| | on behalf of Creditor Timothy D. Dana lnmayer@schaferandweiner.com lfernandez@schaferandweiner.com |
| Leon N. Mayer | |
| | on behalf of Creditor Kimberly Borchard lnmayer@schaferandweiner.com lfernandez@schaferandweiner.com |
| Leon N. Mayer | |
| | on behalf of Creditor Robert Woods lnmayer@schaferandweiner.com lfernandez@schaferandweiner.com |
| Leon N. Mayer | |
| | on behalf of Creditor Holly Johnson lnmayer@schaferandweiner.com lfernandez@schaferandweiner.com |
| Leon N. Mayer | |
| | on behalf of Creditor Holly Kovacs lnmayer@schaferandweiner.com lfernandez@schaferandweiner.com |
| Lisa D. Starks | |
| | on behalf of Creditor Byline Bank lisa.starks@btlaw.com Orlanda.Hauff@btlaw.com |
| Logan Grizzell | |
| | on behalf of Liquidating Trustee Scott A. Wolfson lgrizzell@wolfsonbolton.com |
| Mark H. Shapiro | |
| | on behalf of Trustee Mark H. Shapiro shapiro@steinbergshapiro.com jbrown@steinbergshapiro.com |
| Mark L. McAlpine | |

| | |
|---|---|
| | on behalf of Creditor Patty Ralko mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor Joe Bruneau mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor Alicia Mrdutt mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor Mary Randall mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor David Phillips mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor Osro Randall mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor James Mrdutt mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Mark L. McAlpine | |
| | on behalf of Creditor Dana Ralko mlmcalpine@mcalpinelawfirm.com dajaworski@mcalpinepc.com |
| Matthew E. McClintock | |
| | on behalf of Debtor In Possession Boyce Hydro LLC MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com |
| Matthew E. McClintock | |
| | on behalf of Debtor In Possession Boyce Hydro Power LLC MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com |
| Matthew E. McClintock | |
| | on behalf of Interested Party Boyce Hydro Power LLC MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com |
| Matthew Hale Morgan | |
| | on behalf of Creditor Cable Class Plaintiffs morgan@nka.com |
| Michael D. Lieberman | |
| | on behalf of Creditor Amy Kaylor MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com |
| Michael D. Lieberman | |
| | on behalf of Creditor Jeffrey Kaylor MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com |
| Michael D. Lieberman | |
| | on behalf of Creditor Adam Riggie MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com |
| Michael D. Lieberman | |
| | on behalf of Creditor Adrian Wise MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com |
| Michael D. Lieberman | |
| | on behalf of Creditor Jillian Wise MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com |
| Michael E. Baum | |
| | on behalf of Creditor Robert Woods mbaum@schaferandweiner.com jburns@schaferandweiner.com |
| Michael E. Baum | |
| | on behalf of Creditor Timothy D. Dana mbaum@schaferandweiner.com jburns@schaferandweiner.com |
| Michael E. Baum | |
| | on behalf of Creditor Holly Kovacs mbaum@schaferandweiner.com jburns@schaferandweiner.com |
| Michael E. Baum | |
| | on behalf of Creditor Holly Johnson mbaum@schaferandweiner.com jburns@schaferandweiner.com |
| Michael E. Baum | |
| | on behalf of Creditor Kimberly Borchard mbaum@schaferandweiner.com jburns@schaferandweiner.com |
| Nathan A. Gambill | |
| | on behalf of Creditor Michigan Department of Natural Resources GambillN@michigan.gov WierengaJ1@michigan.gov;Gibson16@michigan.gov |
| Nathan A. Gambill | |
| | on behalf of Creditor Michigan Department of Environment Great Lakes, and Energy GambillN@michigan.gov, WierengaJ1@michigan.gov;Gibson16@michigan.gov |
| Paul R. Hage | |
| | on behalf of Defendant The Kogan Law Group P.C. phage@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com |

Philip T. Carroll
    on behalf of Creditor Westport Insurance Corporation pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Frankenmuth Mutual Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor American Bankers Insurance Company of Florida pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Hiscox Syndicates Limited pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Progressive Marathon Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor American Security Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Allianz Global Corporate & Specialty SE pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor State Farm Mutual Automobile Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor American Strategic Insurance Corporation pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Great American Insurance Company of New York pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Progressive Michigan Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Liberty Mutual Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll
    on behalf of Creditor Safeco Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Ralph E. McDowell
    on behalf of Creditor Michelle Hill rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor James Beath rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Gorgia Masouridis Moore rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Suzette Gay Zelenak rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Heidi Kidd rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor James Paquette rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Mike Callan rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Daryl Zelenak rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Regan Wieland rmcdowell@bodmanlaw.com

Ralph E. McDowell
    on behalf of Creditor Brad Phillion rmcdowell@bodmanlaw.com

Rebekah L. Bailey

| | |
|---|---|
| Rebekah L. Bailey | on behalf of Creditor Janel Whitmore bailey@nka.com |
| Rebekah L. Bailey | on behalf of Creditor Cable Class Plaintiffs bailey@nka.com |
| Rebekah L. Bailey | on behalf of Creditor Nathan Whitmore bailey@nka.com |
| Robert J. Hahn | on behalf of Creditor Midland County rhahn@cmda-law.com kueberroth@cmda-law.com;bmccarty@cmda-law.com |
| Robert J. Hahn | on behalf of Creditor Gladwin County rhahn@cmda-law.com kueberroth@cmda-law.com;bmccarty@cmda-law.com |
| Ronna G. Jackson | on behalf of U.S. Trustee Andrew R. Vara Ronna.G.Jackson@usdoj.gov |
| Rozanne M. Giunta | on behalf of Creditor Four Lakes Task Force rgiunta@wnj.com scardinal@wnj.com;GuintaRR81911@notify.bestcase.com |
| Scott Kwiatkowski | on behalf of Creditor Homrich Edenville Dam Class Plaintiffs scott@bk-lawyer.net |
| Scott A. Wolfson | on behalf of Liquidating Trustee Scott A. Wolfson swolfson@wolfsonbolton.com stravis@wolfsonbolton.com |
| Sharon S. Almonrode | on behalf of Creditor Brandi Bills ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor David Sweet Jr. ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Kevin Colvin ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Linda Copley ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Craig Richardson ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Nicole Saum ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Cassandra Colley ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Casey Copley ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Nicholas Saum ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Matthew S. Smith ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Charles Colley ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Josie Weckesser ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Andrew VanNortwick ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor James Murphy ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Sanford Hardware 1 LLC ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Amanda Murphy ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Michael Mercer ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |
| Sharon S. Almonrode | on behalf of Creditor Wayne Hall ssa@millerlawpc.com aad@millerlawpc.com;gam@millerlawpc.com |

TOTAL: 245