# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION – BAY CITY

In re:

BOYCE HYDRO, LLC, *et al.*

        Debtors.[1]

_____/

Chapter 11
Case No. 20-21214
Hon. Daniel S. Opperman

## LIQUIDATING TRUSTEE'S MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE OF BOYCE HYDRO, LLC

The Liquidating Trustee of the Boyce Hydro Liquidating Trust, Scott A. Wolfson ("Liquidating Trustee"), through counsel, for his *Motion for Final Decree Closing Chapter 11 Case of Boyce Hydro, LLC* ("Motion"), states:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

# BACKGROUND

## A.    Case Background

4.    Debtors commenced voluntary cases under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on July 31, 2020.

5.    On February 23, 2021, Debtors filed their *Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation* ("Plan").  [ECF No. 481].

6.    On February 25, 2021, the Bankruptcy Court entered the *Non-Consensual Order Confirming Debtors' Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation* ("Order Confirming Plan").  [ECF No. 489].

7.    The Order Confirming Plan approved the establishment of the Boyce Hydro Liquidating Trust ("Liquidating Trust") and Scott A. Wolfson's appointment as the Liquidating Trustee of the Liquidating Trust as of the Effective Date.

8.    The Boyce Hydro Liquidating Trust Agreement [ECF No. 492-2] ("Liquidating Trust Agreement"), along with the Plan, governs the Liquidating Trust.  [Plan Article VII.G].

9.    The Effective Date of the Plan occurred on March 3, 2021. [ECF No. 493].

10.    Paragraph 8.1 of the Liquidating Trust Agreement states:

> The Liquidating Trustee shall be discharged of its duties, and the Liquidating Trust shall be dissolved

2

and terminated on the date of the earlier of the Liquidating Trustee (a) having fully administered his obligations under the Liquidating Trust and the Plan and has filed a notice of such fact with the Bankruptcy Court or (b) if continued administration has become uneconomical in the Liquidating Trustee's reasonable business judgment, having filed a notice with the Bankruptcy Court terminating the Liquidating Trust.

## B. Background Related to Activities of the Liquidating Trust

11. Since the Effective Date, the Liquidating Trustee has worked diligently to liquidate assets of the Liquidating Trust, reconcile claims, and defend against litigation by the State of Michigan. All of these activities have concluded.

12. The Liquidating Trustee has also filed paperwork with the State of Michigan to dissolve the Debtors and the entities subject to non-debtor substantive consolidation.

13. The Liquidating Trustee filed, and the Court approved, a motion for final distribution to creditors in July 2024 ("Final Distribution Order"). [ECF No. 1115].

14. The Liquidating Trustee distributed approximately $1.789 million to roughly 1,800 creditors under the Final Distribution Order, bringing total distributions to creditors under the Plan to over $3.5 million.

3

15.    The Liquidating Trustee then filed, and the Court approved, a motion for an additional distribution to creditors of $108,000 ("Additional Distribution Order").  [ECF No. 1149].

16.    The time to cash distributions authorized by the Additional Distribution Order has concluded.  The Liquidating Trustee has filed a separate motion to approve outstanding and final fees and expenses of the Liquidating Trustee and all professionals.  The Liquidating Trustee estimates that there will be less than approximately $15,000 remaining after payment of all outstanding fees and costs.

**C.    Background Related to Boyce Hydro Power, LLC Case**

17.    On May 25, 2022, the Court entered an order in the Boyce Hydro Power, LLC Case No. 20-21215 ordering the Clerk to close the case by June 8, 2022 if no objections were filed.  [Case No. 20-21215, ECF No. 75].  The case was closed and final decree entered on June 10, 2022.

**RELIEF REQUESTED**

18.    The Liquidating Trustee seeks entry of an order, substantially in the form of attached Exhibit 1, entering a final decree and closing the Boyce Hydro, LLC case under 11 U.S.C. § 350(a) and Fed. R. Bankr. P.

4892-9785-6184, v. 3

3022.

## BASIS FOR RELIEF

19.     After an estate is fully administered, the court, on its own

motion or on motion of a party in interest, shall enter a final decree closing

the case. 11 U.S.C. § 350(a); Fed. R. Bankr. P. 3022.

20.     While the phrase "fully administered" is not defined in the

Bankruptcy Code, the Notes of Advisory Committee on 1991 amendments

to Fed. R. Bankr. P. 3022 states that the following factors should be

considered:

> (a)     whether the order confirming the plan
>         has become final;
>
> (b)     whether deposits required by the plan
>         have been distributed;
>
> (c)     whether the property proposed by the
>         plan to be transferred has been
>         transferred;
>
> (d)     whether the debtor or the successor of
>         the debtor under the plan has assumed
>         the business or the management of the
>         property dealt with by the plan;
>
> (e)     whether payments under the plan have
>         commenced; and
>
> (f)     whether all motions, contested matters,
>         and adversary proceedings have been
>         fully resolved.

21.     In determining whether an estate has been fully administered, the Sixth Circuit has held that "Bankruptcy Rule 3022 is intended to allow bankruptcy courts flexibility in determining whether an estate is fully administered.  A court should review each request for entry of a final decree on a case-by-case basis and analyze the factors set forth in Rule 3022, along with any other relevant factors, in determining whether an estate has been fully administered." *Spierer v. Federated Dep't Stores, Inc. (In re Federated Dep't Stores, Inc.)*, 43 Fed. Appx. 820, 822 (6th Cir. 2002); *see also In re Jay Bee Enters., Inc.*, 207 B.R. 536, 539 (Bankr. E.D. Ky. 1997); *In re Mold Makers, Inc.*, 124 B.R. 766, 768-69 (Bankr. N.D. Ill. 1990).

22.     Article XI(I) of the Plan states that the Debtors' cases "shall remain open until such time as the Liquidating Trustee has requested a Final Decree and complied with all relevant statutory provisions of [*sic*] required for entry of a Final Decree."  [ECF No. 481, p. 65 of 69].

23.     As of the date of this Motion, the estate of Boyce Hydro, LLC has been fully administered:

> a. The Order Confirming Plan is a final order.  [ECF No. 489].
>
> b. The Court entered the Final Distribution Order, Additional Distribution Order, and the Liquidating Trustee has processed all distributions to creditors.

6

4892-9785-6184, v. 3

c. All assets of the Debtors have been sold or liquidated and the Debtors ceased business operations at the time the Plan was confirmed.

d. The Liquidating Trustee has reviewed, reconciled, and objected, where appropriate, to all proofs of claim.

e. All adversary proceedings, avoidance actions, and contested matters have been resolved.

f. The Liquidating Trustee has filed paperwork to dissolve the Debtors and entities subject to non-debtor substantive consolidation.

g. The Liquidating Trustee has pursued all viable, known causes of action. Upon information and belief, there are no additional causes of action that exist that would be beneficial to the estate.

24. Finally, subject to approval of the Liquidating Trustee's separately pending motion regarding fees and expenses, all fees and expenses of the Liquidating Trustee and the Liquidating Trustee's professionals will have been paid.

25. The only outstanding administrative item is final accounting wrap up, the preparation and filing of the final Liquidating Trust tax return, and mailing of grantor letters to creditors. Plante Moran has advised the Liquidating Trustee that it can process and finalize the final tax returns in the coming weeks. Accordingly, the proposed Order granting this Motion requests authority to permit the Liquidating Trustee and his professionals to take all necessary and appropriate actions to continue the wind-down and

7

administration of this case, including the final tax return, absent further order of the Court.

26.     Consistent with Paragraph 8.1 of the Liquidating Trust Agreement, after the Liquidating Trustee accomplishes these minimal remaining tasks, he will file a notice with the Court indicating that he has fully administered his obligations under the Liquidating Trust and the Plan. At the time he files the notice, the Liquidating Trustee will be discharged and the Liquidating Trust dissolved and terminated without further action by the Court.

27.     Finally, with respect to the less than approximately $15,000 that the Liquidating Trustee anticipates will remain after payment of all professionals' fees and costs, the Liquidating Trustee intends to donate the money to the Midland Area Community Foundation consistent with Article VI, (E)(2) of the Plan.  ("remaining Forfeited Distributions may be donated to a 501(c)(3) charitable organization benefitting residents in Midland and/or Gladwin Counties (in the Liquidating Trustee's reasonable discretion)").

WHEREFORE, the Liquidating Trustee respectfully requests that the Court grant the Motion, enter a final decree closing the Boyce Hydro, LLC case, and grant the Liquidating Trustee such other relief that is just and equitable. A proposed Order is attached as Exhibit 1.

Respectfully submitted,

WOLFSON BOLTON KOCHIS PLLC
*Counsel for the Liquidating Trustee*

Dated: May 22, 2025
By:\_\_/s/ Anthony J. Kochis_____
Anthony J. Kochis (P72020)
880 West Long Lake Road
Suite 420
Troy, MI 48098
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
Email: akochis@wolfsonbolton.com

## EXHIBIT INDEX

| | |
|---|---|
| EXHIBIT 1 | Proposed Order |
| EXHIBIT 2 | Notice of Motion and Opportunity to Respond |
| EXHIBIT 3 | n/a |
| EXHIBIT 4 | Certificate of Service |
| EXHIBIT 5 | n/a |
| EXHIBIT 6a | n/a |

4892-9785-6184, v. 3

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

In re:

BOYCE HYDRO, LLC, *et al.*                    Chapter 11
                                                            Case No. 20-21214
     Debtors.[1]                              Hon. Daniel S. Opperman
_____/

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR FINAL**
**DECREE CLOSING CHAPTER 11 CASE OF BOYCE HYDRO, LLC**

This matter having come before the Court upon the *Liquidating*

*Trustee's Motion for Final Decree Closing Chapter 11 Case of Boyce*

*Hydro, LLC* ("Motion");[2] the Court having reviewed the Motion; the Court

having found that: (a) jurisdiction to consider the Motion is proper under 28

U.S.C. §§ 157 and 1334; (b) venue is proper before this Court under 28

U.S.C. §§ 1408 and 1409; (c) notice of the Motion was properly provided;

(d) good cause exists to grant the relief requested in the Motion; (e) the

relief requested in the Motion is in the best interests of Debtors, Debtors'

estates, and creditors of Debtors' estates; and (f) all objections, if any, to

the Motion having been withdrawn, waived, settled, or overruled;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2] Capitalized terms used but not defined in this Order have the meanings given to them in the Motion.

1

**IT IS HEREBY ORDERED** that:

1.      The Motion is granted.

2.      The Chapter 11 case of Boyce Hydro, LLC, Case No. 20-21214 is hereby closed under 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022 and a final decree is granted effective as of the date of this Order.

3.      Notwithstanding the foregoing, the Liquidating Trustee and his employees, professionals, and representatives are authorized to continue to administer the winding-down of this bankruptcy estate, including with respect to the final tax return of the Liquidating Trust, under the *Non-Consensual Order Confirming Debtors' Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation,* the Liquidating Trust Agreement, and the *Order Granting Liquidating Trustee's Motion to Approve Final Distribution to Creditors and For Other Related Relief*.

4.      Consistent with Paragraph 8.1 of the Liquidating Trust Agreement, the Liquidating Trustee will be discharged and the Liquidating Trust dissolved and terminated without further action by the court at the time the Liquidating Trustee files a notice with the Court indicating that he has fully administered his obligations under the Liquidating Trust and the Plan.

2

5.    This Court retains jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

3

EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

In re:

BOYCE HYDRO, LLC, *et al.*                  Chapter 11
                                            Case No. 20-21214
      Debtors.[1]                    Hon. Daniel S. Opperman
_____/

**NOTICE OF LIQUIDATING TRUSTEE'S MOTION FOR FINAL DECREE**
**CLOSING CHAPTER 11 CASE OF BOYCE HYDRO, LLC**
**AND OPPORTUNITY TO RESPOND**

The Liquidating Trustee has filed a motion requesting entry of a final decree and order closing the Boyce Hydro, LLC case under 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one.)

If you do not want the court to grant the relief requested in the Motion, or if you want the court to consider your views on the Motion, within **14 days**, you or your attorney must:

    1. File with the court a written response of answer[2], explaining your position at:

_____

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2] Any response or answer must comply with F. C. Civ. P. 8(b), (c), and (e).

| Street Address: | Mailing Address: |
|---|---|
| United States Bankruptcy Court | United States Bankruptcy Court |
| 111 First Street | P.O. Box 911 |
| Bay City, Michigan 48708 | Bay City, Michigan 48707 |

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Wolfson Bolton Kochis PLLC
Attn: Anthony J. Kochis
880 West Long Lake Road
Suite 420
Troy, MI 48098

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion or objection and may enter an order granting that relief.

Respectfully submitted,

WOLFSON BOLTON KOCHIS PLLC

*Counsel for the Liquidating Trustee*

Dated:  May 22, 2025                By:   /s/ Anthony J. Kochis
                                              Anthony J. Kochis (P72020)
                                    880 West Long Lake Road
                                    Suite 420
                                    Troy, MI 48098
                                    Telephone: (248) 247-7105
                                    Facsimile: (248) 247-7099
                                    Email: akochis@wolfsonbolton.com

EXHIBIT 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION – BAY CITY

In re:

BOYCE HYDRO, LLC, *et al.*                    Chapter 11
                                               Case No. 20-21214
          Debtors.[1]                          Hon. Daniel S. Opperman
_____/

## CERTIFICATE OF SERVICE

I certify that, on May 22, 2025, I caused the *Liquidating Trustee's*

*Motion For Final Decree Closing Chapter 11 Case Of Boyce Hydro,*

*LLC* to be electronically filed with the Clerk of the Court using the ECF

system, which sent notification of such filing to all ECF participants

requesting electronic service, including the following:

Danielle Allison-Yokom on behalf of Creditor Michigan Department of
Environment, Great Lakes, and Energy
allisonyokomd@michigan.gov, HudecekS@michigan.gov

Danielle Allison-Yokom on behalf of Creditor Michigan Department of
Natural Resources
allisonyokomd@michigan.gov, HudecekS@michigan.gov

Sharon S. Almonrode on behalf of Creditor Sanford Hardware 1, LLC
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of
each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro,
LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034),
Case No. 20-21215.

Sharon S. Almonrode on behalf of Creditor Amanda Murphy
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Andrew VanNortwick
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Brandi Bills
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Casey Copley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Cassandra Colley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Charles Colley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Craig Richardson
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor David Sweet, Jr.
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor James Murphy
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Josie Weckesser
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Kevin Colvin
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Linda Copley
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Matthew S. Smith
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Michael Mercer

2

ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Nicholas Saum
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Nicole Saum
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Sharon S. Almonrode on behalf of Creditor Wayne Hall
ssa@millerlawpc.com, aad@millerlawpc.com;gam@millerlawpc.com

Rebekah L. Bailey on behalf of Creditor Cable Class Plaintiffs
bailey@nka.com

Rebekah L. Bailey on behalf of Creditor Janel Whitmore
bailey@nka.com

Rebekah L. Bailey on behalf of Creditor Nathan Whitmore
bailey@nka.com

Jason W. Bank on behalf of Defendant U.S. Bank National Association
jbank@kerr-russell.com, nnajor@kerr-russell.com

Michael E. Baum on behalf of Creditor Holly Johnson
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Holly Kovacs
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Kimberly Borchard
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Robert Woods
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Michael E. Baum on behalf of Creditor Timothy D. Dana
mbaum@schaferandweiner.com, jburns@schaferandweiner.com

Kimberly Bedigian on behalf of Creditor Sanford Hardware 1, LLC
kbedigian@sbplclaw.com

3

Kimberly Bedigian on behalf of Creditor The Mass Coalition
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Cassandra Colley
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Charles Colley
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Matthew S. Smith
kbedigian@sbplclaw.com

Kimberly Bedigian on behalf of Creditor Michael Mercer
kbedigian@sbplclaw.com

Jayson E. Blake on behalf of Creditor Alicia Mrdutt
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Dana Ralko
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor David Phillips
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor James Mrdutt
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Joe Bruneau
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Mary Randall
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Osro Randall
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Jayson E. Blake on behalf of Creditor Patty Ralko
jeblake@mcalpinepc.com, mlmcalpine@mcalpinepc.com

Ian S. Bolton on behalf of Creditor Karl Kacel
ianboltonlaw@gmail.com, barbie51766@gmail.com

Michael J. Bonvolanta on behalf of Creditor Buckfire & Buckfire, P.C.
Claimants
michael@buckfirelaw.com

Howard M. Borin on behalf of Creditor Holly Johnson
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Holly Kovacs
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Kimberly Borchard
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Robert Woods
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Timothy D. Dana
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Charles D. Bullock on behalf of Creditor Sanford Hardware 1, LLC
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor The Mass Coalition
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Adam Riggie
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Adrian Wise
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Amy Kaylor
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Cassandra Colley
cbullock@sbplclaw.com, dlewis@sbplclaw.com

5

Charles D. Bullock on behalf of Creditor Charles Colley
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Jeffrey Kaylor
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Jillian Wise
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Matthew S. Smith
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D. Bullock on behalf of Creditor Michael Mercer
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Jacob Carlton on behalf of Creditor Mike and Lisa McGaugh
carltonj@millerjohnson.com,
9688700420@filings.docketbird.com;ecfpigginsj@millerjohnson.com

Philip T. Carroll on behalf of Creditor Allianz Global Corporate &
Specialty SE
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor American Bankers Insurance
Company of Florida
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor American Security Insurance
Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-
5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor American Strategic Insurance
Corporation
pcarroll@cozen.com,

jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Frankenmuth Mutual Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Great American Insurance Company of New York
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Hiscox Syndicates Limited
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Liberty Mutual Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Progressive Marathon Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Progressive Michigan Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Safeco Insurance Company
pcarroll@cozen.com,

jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor State Farm Mutual Automobile Insurance Company
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Philip T. Carroll on behalf of Creditor Westport Insurance Corporation
pcarroll@cozen.com,
jgoeing@cozen.com;mpolicastro@cozen.com;philip-carroll-5601@ecf.pacerpro.com

Kimberly Ross Clayson on behalf of Defendant The Kogan Law Group, P.C.
kclayson@taftlaw.com,
ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Elliot G. Crowder on behalf of Creditor Sanford Hardware 1, LLC
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor The Mass Coalition
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Adam Riggie
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Adrian Wise
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Amanda Murphy
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Amy Kaylor

ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Andrew VanNortwick
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Brandi Bills
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Casey Copley
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Cassandra Colley
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Charles Colley
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Craig Richardson
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor David Sweet, Jr.
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor James Murphy
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Jeffrey Kaylor
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com

Elliot G. Crowder on behalf of Creditor Jillian Wise

[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Josie Weckesser
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Kevin Colvin
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Linda Copley
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Matthew S. Smith
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Michael Mercer
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Nicholas Saum
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Nicole Saum
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

Elliot G. Crowder on behalf of Creditor Wayne Hall
[ecrowder@sbplclaw.com](mailto:ecrowder@sbplclaw.com),
[dlewis@sbplclaw.com;jlassen@sbplclaw.com](mailto:dlewis@sbplclaw.com)

David Dubin on behalf of Creditor Debra Kroening
[ddubin@ldclassaction.com](mailto:ddubin@ldclassaction.com)

Nathan A. Gambill on behalf of Creditor Michigan Department of
Environment, Great Lakes, and Energy

10

GambillN@michigan.gov,
WierengaJ1@michigan.gov;Gibson16@michigan.gov

Nathan A. Gambill on behalf of Creditor Michigan Department of
Natural Resources
GambillN@michigan.gov,
WierengaJ1@michigan.gov;Gibson16@michigan.gov

Celeste R. Gill on behalf of Creditor Michigan Department of
Environment, Great Lakes, and Energy
gillc1@michigan.gov, WierengaJ1@michigan.gov

Celeste R. Gill on behalf of Creditor Michigan Department of Natural
Resources
gillc1@michigan.gov, WierengaJ1@michigan.gov

Rozanne M. Giunta on behalf of Creditor Four Lakes Task Force
rgiunta@wnj.com,
scardinal@wnj.com;GuintaRR81911@notify.bestcase.com

Paul R. Hage on behalf of Defendant The Kogan Law Group, P.C.
phage@taftlaw.com,
ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Robert J. Hahn on behalf of Creditor Gladwin County
rhahn@cmda-law.com, barriaga@cmda-law.com

Robert J. Hahn on behalf of Creditor Midland County
rhahn@cmda-law.com, barriaga@cmda-law.com

Ernest Hassan on behalf of Creditor Sanford Hardware 1, LLC
ehassan@sbplclaw.com, dlewis@sbplclaw.com

Ernest Hassan on behalf of Creditor Cassandra Colley
ehassan@sbplclaw.com, dlewis@sbplclaw.com

Ernest Hassan on behalf of Creditor Charles Colley
ehassan@sbplclaw.com, dlewis@sbplclaw.com

Ernest Hassan on behalf of Creditor Matthew S. Smith

11

ehassan@sbplclaw.com, dlewis@sbplclaw.com

Ernest Hassan on behalf of Creditor Michael Mercer
ehassan@sbplclaw.com, dlewis@sbplclaw.com

Daniel Hogan on behalf of Counter-Claimant American Select
Insurance Company
hogand@stutmanlaw.com

Daniel Hogan on behalf of Counter-Claimant Michigan Insurance
Company
hogand@stutmanlaw.com

Daniel Hogan on behalf of Counter-Claimant Selective Insurance
Company of South Carolina
hogand@stutmanlaw.com

Daniel Hogan on behalf of Counter-Claimant Selective Insurance
Company of the Southeast
hogand@stutmanlaw.com

Daniel Hogan on behalf of Counter-Claimant The Cincinnati Casualty
Company
hogand@stutmanlaw.com

Daniel Hogan on behalf of Counter-Claimant The Cincinnati Indemnity
Company
hogand@stutmanlaw.com

Daniel Hogan on behalf of Counter-Claimant The Cincinnati Insurance
Company
hogand@stutmanlaw.com

Ronna G. Jackson on behalf of U.S. Trustee Andrew R. Vara
Ronna.G.Jackson@usdoj.gov

Henry L. Knier, Jr. on behalf of Creditor Gerace Construction Company
bankruptcy@smpklaw.com, hknier@smpklaw.com

Anthony J. Kochis on behalf of Accountant Thomas A. Risi

akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Liquidating Trustee Scott Wolfson
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Other Professional Stretto
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Plaintiff Scott A. Wolfson
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis on behalf of Special Counsel H. Adam Cohen
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Lawrence A Kogan on behalf of Creditor Lee Mueller
lkogan@koganlawgroup.com

Lawrence A Kogan on behalf of Creditor Michele Mueller
lkogan@koganlawgroup.com

Scott Kwiatkowski on behalf of Creditor Homrich Edenville Dam Class
Plaintiffs
scott@bk-lawyer.net

Jonathan E. Lauderbach on behalf of Creditor Four Lakes Task Force
jlauderbach@wnj.com

Jonathan E. Lauderbach on behalf of Creditor Gerace Construction
Company
jlauderbach@wnj.com

Leon N. Mayer on behalf of Creditor Holly Johnson
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Holly Kovacs
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Kimberly Borchard
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

13

Leon N. Mayer on behalf of Creditor Robert Woods
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Leon N. Mayer on behalf of Creditor Timothy D. Dana
lnmayer@schaferandweiner.com, lfernandez@schaferandweiner.com

Mark L. McAlpine on behalf of Creditor Alicia Mrdutt
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Dana Ralko
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor David Phillips
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor James Mrdutt
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Joe Bruneau
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Mary Randall
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Osro Randall
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Mark L. McAlpine on behalf of Creditor Patty Ralko
mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

Matthew E. McClintock on behalf of Debtor In Possession Boyce Hydro Power, LLC
MATTM@GOLDMCLAW.COM,
teresag@restructuringshop.com;ericg@goldmclaw.com

Matthew E. McClintock on behalf of Debtor In Possession Boyce Hydro, LLC
MATTM@GOLDMCLAW.COM,
teresag@restructuringshop.com;ericg@goldmclaw.com

Matthew E. McClintock on behalf of Interested Party Boyce Hydro
Power, LLC
MATTM@GOLDMCLAW.COM,
teresag@restructuringshop.com;ericg@goldmclaw.com

Ralph E. McDowell on behalf of Creditor Brad Phillion
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Daryl Zelenak
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Gorgia Masouridis Moore
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Heidi Kidd
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor James Beath
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor James Paquette
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Michelle Hill
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Mike Callan
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Regan Wieland
rmcdowell@bodmanlaw.com

Ralph E. McDowell on behalf of Creditor Suzette Gay Zelenak
rmcdowell@bodmanlaw.com

Daniel R Merkle on behalf of Creditor Stephen Hultberg
danm@msfseattle.com

Daniel R Merkle on behalf of Defendant Helen's Holdings, LLC
danm@msfseattle.com

Matthew Hale Morgan on behalf of Creditor Cable Class Plaintiffs
morgan@nka.com

Bruce N. Moss on behalf of Creditor Affiliated FM Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Altman Management, LLC
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor American Guarantee and Liability
Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Axis Surplus
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
DNAPF006484-00-Tri-City
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
MIFL00631003-Michels
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP303385-2020-Reaume
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP407517-2019-Harris
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP427616-2019-Gehrchke
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP576330-2019-Sprague
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP616384-Thomas
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP648136-2019-Chad
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP660734-2019-Huver
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP750302-Kabat
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP807996-2020-Michael
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP823658-Lynch
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NCIP844682-2020-Neiman
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-
NIP878669-Parsons
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Certain Underwriters-Lloyd's-VPC-
CN0000010-05-Altman
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Citizens Insurance Company of America
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Citizens Insurance Company of Midwest
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Conifer Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Dairyland Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Essentia Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Factory Mutual Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Farm Bureau General Insurance Company of Michigan
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Florists Mutual Insurance Company Hortica
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Hastings Mutual Insurance Co.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Houston Casualty Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Independent Specialty Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Indian Harbor Insurance Co.

bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Indiana Harbor Insurance Co.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Interstate Fire & Casualty
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Lexington Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor MEEMIC Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor National Fire & Marine Insurance
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Pioneer Mutual Insurance
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Princeton Excess and Surplus
Lines Insurance Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Telephone & Data Systems, Inc.
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Trisura Specialty Insurance
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor United Specialty Insurance
Company
bmoss@dt-law.com

Bruce N. Moss on behalf of Creditor Zurich American Insurance
Company
bmoss@dt-law.com

Barbara A. Patek on behalf of Creditor Adam Riggie
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Adrian Wise
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Amy Kaylor
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Jeffrey Kaylor
pateklaw@gmail.com

Barbara A. Patek on behalf of Creditor Jillian Wise
pateklaw@gmail.com

John T. Piggins on behalf of Creditor Mike and Lisa McGaugh
ecfpigginsj@millerjohnson.com,
pigginsj@millerjohnson.com;8473902420@filings.docketbird.com

Kelsey A. Postema on behalf of Liquidating Trustee Scott Wolfson
kpostema@wolfsonbolton.com

David L. Powers on behalf of Creditor Gerace Construction Company
dpowers@smpklaw.com,
arex@smpklaw.com;shougaard@smpklaw.com

David Lawrence Puskar on behalf of Creditor City of Midland
davpus@braunkendrick.com,
brirei@braunkendrick.com;kelspe@braunkendrick.com

David Lawrence Puskar on behalf of Creditor Pat's Gradall Service, Inc.
davpus@braunkendrick.com,
brirei@braunkendrick.com;kelspe@braunkendrick.com

James B. Rasor on behalf of Creditor Brooke and Jeffrey Kriebel
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Christopher, Terry Miller
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

20

James B. Rasor on behalf of Creditor Don and Teresa Turskey
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Duane and Brenda Whitman
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Eric Turnquist
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor James Rogers
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Jason and Tina Parsons
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Joseph and Becky Uhelski
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Kathleen and Mark Chorbagian
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

James B. Rasor on behalf of Creditor Rex and Nancy Clark
jbr@rasorlawfirm.com, ljh@rasorlawfirm.com;emn@rasorlawfirm.com

Jeffery Jon Sattler on behalf of Creditor Holly Johnson
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Holly Kovacs
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Kimberly Borchard
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Robert Woods
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Jeffery Jon Sattler on behalf of Creditor Timothy D. Dana
jsattler@schaferandweiner.com, lfernandez@schaferandweiner.com

Craig S. Schoenherr, Sr. on behalf of Creditor Ally Bank
ecf@orlaw.com

Mark H. Shapiro on behalf of Trustee Mark H. Shapiro
shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Lisa D. Starks on behalf of Creditor Byline Bank
lisa.starks@btlaw.com, Orlanda.Hauff@btlaw.com

Kenneth A. Stern on behalf of Attorney Keneth A. Stern
ken@sternlawonline.com

Andrew C. Thompson on behalf of Creditor Billings Township
athompson@pdkg.com, hgraham@pdkg.com

David A. Tilem on behalf of Creditor Lee Mueller
DavidTilem@TilemLaw.com, staff@tilemlaw.com

David A. Tilem on behalf of Creditor Michele Mueller
DavidTilem@TilemLaw.com, staff@tilemlaw.com

Edward M Turfe on behalf of Creditor Allstate Fire and Casualty
Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Indemnity Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate New Jersey Insurance
Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate New Jersey Property and
Casualty Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Northbrook Indemnity

Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Property and Casualty
Insurance Company
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Texas Lloyds
edturfe@turfelaw.com

Edward M Turfe on behalf of Creditor Allstate Vehicle and Property
Insurance Company
edturfe@turfelaw.com


Respectfully submitted,
WOLFSON BOLTON KOCHIS PLLC
*Counsel for the Liquidating Trustee*

Dated: May 22, 2025             By:   /s/ Anthony J. Kochis
                                        Anthony J. Kochis (P72020)
                                   880 West Long Lake Road
                                   Suite 420
                                   Troy, MI 48098
                                   Telephone: (248) 247-7105
                                   Facsimile: (248) 247-7099
                                   Email: akochis@wolfsonbolton.com

23