UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In re:

BOYCE HYDRO, LLC, *et al.*　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　Case No. 20-21214
　　　Debtors.[1]　　　　　　　　　　　　　Hon. Daniel S. Opperman
_____/

## ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF A FINAL ORDER APPROVING FEES AND EXPENSES OF LIQUIDATING TRUSTEE AND PROFESSIONALS RETAINED BY LIQUIDATING TRUSTEE

The Court having reviewed the *Liquidating Trustee's Motion For Entry Of A Final Order Approving Fees And Expenses Of Liquidating Trustee And Professionals Retained By Liquidating Trustee* ("Motion");[2] and the Court having found that: (a) jurisdiction to consider the Motion is proper under 28 U.S.C. §§ 157 and 1334 and Article XII of the *Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation* [ECF No. 481]; (b) venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; (c) notice of the Motion was properly provided; and (d) good cause exists to grant the relief requested in the Motion;

**IT IS HEREBY ORDERED** that:

　　1.　　The Motion is granted.

　　2.　　The fees and expenses for the period September 1, 2024 through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2] Capitalized terms used but not defined have the meanings given to them in the Motion.

April 30, 2025 as set forth in the Liquidating Trustee's and his Retained Professionals' invoices attached as Exhibits 6a through 6d to the Motion are approved on a final basis.

3. The Liquidating Trustee is authorized to pay the fees and expenses as follows:

   a. Liquidating Trustee fees of $3,510.00 and expenses of $10,357.99;

   b. WBK fees of $50,721.91;

   c. PM Tax and Accounting fees of $46,667.00; and

   d. Stretto fees of $15,247.80 and expenses of $8,629.38.

4. All previously-approved fees and expenses of the Liquidating Trustee and his Retained Professionals set forth on Exhibit 6f to the Motion are approved on a final basis.

5. The Liquidating Trustee is authorized to pay fees and expenses of the Liquidating Trustee and his professionals after entry of a final decree as described on Exhibit 6g to the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed on June 12, 2025**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**